**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 09-91 (EGS) |
| | ) | SEALED |
| HERMAN COREY SCRUGGS, | ) | |
| Defendant. | ) | |

**ORDER**

In a hearing before Magistrate Judge John M. Facciola on June 5, 2009, defendant entered a plea of guilty. On June 5, 2009 the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 59.2(b) ("Any party may file written objections to the magistrate judge's proposed findings and recommendations . . . within 14 days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**January 13, 2010**